UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA ex rel. Mike Hunter, in his official capacity as Attorney General of Oklahoma, | )<br>)<br>) |
|       Plaintiff, | )     Case No. 15-CV-0381-CVE-FHM<br>)     <u>BASE</u> <u>FILE</u> |
| and | )<br>)     Consolidated with: |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, TULSA REGIONAL CHAMBER, PORTLAND CEMENT ASSOCIATION, and STATE CHAMBER OF OKLAHOMA | )     Case No. 15-CV-0386-CVE-FHM |
|       Consolidated Plaintiffs, | ) |
| v. | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES ARMY CORPS OF ENGINEERS, ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and RICKEY JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works, | ) |
|       Defendants/Consolidated Defendants. | ) |

# ORDER

This matter comes on for consideration of the Status Report and Joint Motion for Stay of Proceedings Pending Appeal (Dkt. # 117). On May 29, 2019, the Court entered an opinion and order (Dkt. # 110) denying plaintiffs' motions for preliminary injunction due to a lack of irreparable harm,

and the Court directed the parties to file a status report. Plaintiffs have appealed the denial of their motions for preliminary injunction, and all parties request that the Court stay the case until the appeal is resolved. The Court has reviewed the motion to stay (Dkt. # 117) and finds that it should be granted.

**IT IS THEREFORE ORDERED** that the joint motion to stay (Dkt. # 117) is **granted**, and this case is **stayed** pending resolution of plaintiffs' appeal.

**IT IS FURTHER ORDERED** that defendants' answers or other responsive pleadings are due 21 days after plaintiffs' appeal is resolved.

**DATED** this 14th day of June, 2019.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE